1  NICOLA T. HANNA
   United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   MACK E. JENKINS (Cal. Bar No. 242101)
4  Assistant United States Attorney
   Chief, Public Corruption & Civil Rights Section
5  VERONICA DRAGALIN (Cal. Bar No. 281370)
   Assistant United States Attorney
6  Public Corruption & Civil Rights Section
        1500 United States Courthouse
7       312 North Spring Street
        Los Angeles, California 90012
8       Telephone: (213) 894-2091/0647
        Facsimile: (213) 894-6436
9       E-mail:    Mack.Jenkins@usdoj.gov
                   Veronica.Dragalin@usdooj.gov
10
   Attorneys for Plaintiff
11 UNITED STATES OF AMERICA

12                     UNITED STATES DISTRICT COURT

13                FOR THE CENTRAL DISTRICT OF CALIFORNIA

14 UNITED STATES OF AMERICA,            No. 2:20-MJ-2910

15           Plaintiff,
                                        NOTICE OF APPEARANCE
16              v.

17 JOSE LUIS HUIZAR,

18           Defendant.

19

20     Plaintiff, United States of America, hereby advises the court

21 that the above-captioned case has been assigned to a new Assistant

22 United States Attorney ("AUSA") as follows:

23
   |                     | Name              | E-Mail Address                |
   | ---                 | ---               | ---                           |
24 | Newly Assigned AUSA | Veronica Dragalin | Veronica.Dragalin@usdoj.gov   |

25

26     Please make all necessary changes to the court's case

27 Management/Electronic Case Filing system to ensure that the newly

28

assigned AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated: June 30, 2020						Respectfully submitted,

								NICOLA T. HANNA
								United States Attorney

								BRANDON D. FOX
								Assistant United States Attorney
								Chief, Criminal Division


								  /s/ Veronica Dragalin
								VERONICA DRAGALIN
								Assistant United States Attorney

								Attorneys for Plaintiff
								UNITED STATES OF AMERICA