NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorney
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2091/0647
    Facsimile: (213) 894-6436
    E-mail:   Mack.Jenkins@usdoj.gov
              Veronica.Dragalin@usdooj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-MJ-2910 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING POST-INDICTMENT ARRAIGNMENT DATE FOR DEFENDANT JOSE LUIS HUIZAR |
| v. | |
| JOSE LUIS HUIZAR, | **NEW PIA DATE:**    **07/31/2020** |
| Defendant. | |

    Upon stipulation of the parties, the United States of America, by and through its counsel of record, Assistant United States Attorneys Mack E. Jenkins and Veronica Dragalin, and defendant, JOSE LUIS HUIZAR, both individually and by and through his counsel of record, Vicki Podberesky and Mary Carter Andrues, and good cause

//

//

//

appearing, IT IS ORDERED THAT Post-Indictment Arraignment in the above-entitled case is continued to July 31, 2020 at 11:30 a.m.

_____  _____
DATE                          HONORABLE STEVE KIM
                              UNITED STATES MAGISTRATE JUDGE