NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorney
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0647
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Veronica.Dragalin@usdooj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-MJ-2910 |
|---|---|
| Plaintiff, | STIPULATION RE: FILING OF INFORMATION OR INDICTMENT PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| JOSE LUIS HUIZAR, | |
| Defendant. | |

   Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins and Veronica Dragalin, and defendant JOSE LUIS HUIZAR ("defendant"), by and through defendant's counsel of record, Vicki Podberesky and Mary Carter Andrues, hereby stipulate as follows:

   1.   Defendant was arrested for a violation of 18 U.S.C. § 1962(d) on June 23, 2020.  The Speedy Trial Act of 1974, 18 U.S.C.

§ 3161(b), originally required that an information or indictment be filed on or before July 23, 2020.

2. By this stipulation, the parties jointly move to continue the date by which an information or indictment must be filed to July 31, 2020.

3. The parties agree and stipulate, and request that the court find the following:

    a. The ends of justice outweigh the interest of the public and the defendant in the filing of an information or indictment within the original date prescribed by the Speedy Trial Act because:

        i. The arrest of the defendant occurred at a time such that it is unreasonable to expect return and filing of an indictment within the period specified in Section 3161(b).

        ii. The facts upon which the grand jury must base its determination are complex and thus, it would be unreasonable to expect return and filing of an indictment within the period specified in Section 3161(b).

4. Based on the foregoing, the parties request that the Court find that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161(b), within which an information or indictment must be filed, the time period of July 14, 2020 to July 31, 2020 is deemed excludable pursuant to 18 U.S.C. § 3161(h) because it results from:

    a. The ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a filing of an information or indictment within the period specified in Section 3161(b).

5. The parties agree and stipulate and request that the Court find that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which an information or indictment must be filed.

IT IS SO STIPULATED.

Dated: July 10, 2020

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

MACK E. JENKINS
VERONICA DRAGALIN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: July 14, 2020

VICKI PODBERESKY
MARY CARTER ANDRUES
Attorney for Defendant
JOSE LUIS HUIZAR

Dated: July 14, 2020

JOSE LUIS HUIZAR
Defendant