NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorney
Public Corruption & Civil Rights Section
         1500 United States Courthouse
         312 North Spring Street
         Los Angeles, California 90012
         Telephone: (213) 894-2091/0647
         Facsimile: (213) 894-6436
         E-mail:   Mack.Jenkins@usdoj.gov
                   Veronica.Dragalin@usdooj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-MJ-2910 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING INDICTMENT DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| JOSE LUIS HUIZAR, | |
| Defendant. | |

     The Court has read and considered the Stipulation Regarding

Filing of Information or Indictment Pursuant to the Speedy Trial Act,

filed by the parties in this matter.  The Court hereby finds that the

Stipulation, which this Court incorporates by reference into this

Order, demonstrates facts that support a continuance of the date by

which an indictment must be filed in this matter, and provides good

cause for a finding of excludable time pursuant to the Speedy Trial

Act, 18 U.S.C. § 3161.

The Court further finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a filing of an information or indictment within the period specified in Section 3161(b).

THEREFORE, FOR GOOD CAUSE SHOWN:

1.   The date by which an information or indictment must be filed is continued from July 23, 2020 to July 31, 2020.

2.   The time period of July 14, 2020 to July 31, 2020, inclusive, is excluded in computing the time within which an information or indictment must be filed, pursuant to 18 U.S.C. § 3161(h).

3.   Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods.

IT IS SO ORDERED.

_____        _____
 DATE                                    HONORABLE STEVE KIM
                                         UNITED STATES MAGISTRATE JUDGE

Presented by:

_____
MACK E. JENKINS
VERONICA DRAGALIN
Assistant United States Attorney