| Name & Address: |
|---|
| Carel Ale (Bar No. 283717) Deputy Federal Public Defender<br>321 E. Second Street, Los Angeles, California 90012<br>Phone: (213) 894-5186; Fax: (213) 894-0081<br>[E-Mail: Carel_Ale@fd.org] |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br>PLAINTIFF(S)<br>v.<br>JOSE LUIS HUIZAR,<br>DEFENDANT(S). | CASE NUMBER:<br>CR 20-mj-02910<br><br>**NOTICE OF MANUAL FILING**<br>**OR LODGING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed  ☑ Lodged:  (**List Documents**)

Ex Parte Application to File In Camera; [Proposed] Order; In Camera Documents; CJA Form 23; Addendum to CJA Form 23; Memorandum of Points and Authorities in Support of Defendant's Request for Appointment of Counsel; [Proposed] Order

**Reason:**
- ☐ Under Seal
- ☑ In Camera
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Per Court order dated: _____
- ☐ Other:

07/16/2020
Date

/s/ Carel Ale
Attorney Name
 Jose Luis Huizar, Defendant
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)      **NOTICE OF MANUAL FILING OR LODGING**