1 | NICOLA T. HANNA
United States Attorney
2 | BRANDON D. FOX
Assistant United States Attorney
3 | Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
4 | Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
5 | VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorney
6 | Public Corruption & Civil Rights Section
      1500 United States Courthouse
7 |     312 North Spring Street
      Los Angeles, California 90012
8 |     Telephone: (213) 894-2091/0647
      Facsimile: (213) 894-6436
9 |     E-mail:   Mack.Jenkins@usdoj.gov
                 Veronica.Dragalin@usdooj.gov
10 |
Attorneys for Plaintiff
11 | UNITED STATES OF AMERICA

12 |                   UNITED STATES DISTRICT COURT

13 |             FOR THE CENTRAL DISTRICT OF CALIFORNIA

14 | UNITED STATES OF AMERICA,        No. 2:20-MJ-2910

15 |            Plaintiff,            STIPULATION TO CONTINUE POST-
                                  INDICTMENT ARRAIGNMENT DATE FOR
16 |            v.                   DEFENDANT JOSE LUIS HUIZAR

17 | JOSE LUIS HUIZAR,               **CURRENT PIA DATE:**    07/31/2020
                                  **PROPOSED PIA DATE:**   08/03/2020
18 |            Defendant.

19 |

20 |     The United States Attorney's Office, by and through its counsel

21 | of record, Assistant United States Attorneys Mack E. Jenkins and

22 | Veronica Dragalin, defendant JOSE LUIS HUIZAR ("defendant"), and

23 | defendant's counsel of record, Deputy Federal Public Defenders

24 | Charles Snyder and Carel Ale, hereby stipulate to continue the Post-

25 | Indictment Arraignment in the above-entitled case currently set for

26 | July 31, 2020 to August 3, 2020.

27 | //

28 | //

1       IT IS SO STIPULATED.

2

3   July 29, 2020
    DATE

4                             MACK E. JENKINS
                               VERONICA DRAGALIN

5                               Assistant United States Attorneys

6   July 28, 2020
    DATE

7                               DEFENDANT JOSE LUIS HUIZAR

8   July 28, 2020
    DATE

9                               CHARLES SNYDER
                               CAREL ALE

10                              Deputy Federal Public Defenders
                              COUNSEL FOR DEFENDANT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28