Name & Address:
Carel Ale (Bar No. 283717) Deputy Federal Public Defender
321 E. Second Street, Los Angeles, California 90012
Phone: (213) 894-5186; Fax: (213) 894-0081
[E-Mail: Carel_Ale@fd.org]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF(S) <br> v. <br> JOSE LUIS HUIZAR, DEFENDANT(S). | CASE NUMBER: <br> CR 20-mj-02910 <br><br> **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed  ☑ Lodged:  **(List Documents)**

Supplemental Financial Disclosure Pursuant to Court's August 5th Order

**Reason:**
- ☐ Under Seal
- ☑ In Camera
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Per Court order dated: _____
- ☐ Other:

08/17/2020
Date

/s/ Carel Ale
Attorney Name
 Jose Luis Huizar, Defendant
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING